## Willie BURTON, Jr. *v.* STATE of Arkansas

CR 95-1234                                            912 S.W.2d 11

### Supreme Court of Arkansas
Opinion delivered December 18, 1995

*Marc Honey*, for appellant.

No response.

PER CURIAM. Willie Burton, Jr., by his attorney, has filed a motion for a rule on the clerk.

His attorney, Marc Honey, admits in his motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.